**IN THE UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA CIRCUIT**

SIERRA CLUB, CLEANAIRE NC, and GASP,

*Petitioners*,

v.

U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,

*Respondents*.

No. __________

**PETITION FOR REVIEW**

Pursuant to Clean Air Act § 307(b)(1), 42 U.S.C. § 7607(b)(1), Rule 15 of the Federal Rules of Appellate Procedure, and D.C. Circuit Rule 15, Sierra Club, CleanAIRE NC, and GASP ("Petitioners") hereby petition this Court for review of the final action taken by Respondents U.S. Environmental Protection Agency and Administrator Lee Zeldin, published at 91 Fed. Reg. 41410 (July 6, 2026) and titled "National Emission Standards for Hazardous Air Pollutants: Plywood and Composite Wood Products" (attached).

DATED: September 4, 2026

Respectfully submitted,

/s/ James S. Pew
James S. Pew (D.C. Bar No. 488201)

Kathleen L. Riley (D.C. Bar No. 1618580)
Earthjustice
1250 I St. NW, Fourth Floor
Washington, DC 20005
(202) 667-4500
jpew@earthustice.org
kriley@earthustice.org

Keri N. Powell (D.C. Bar No. 477045)
Southern Environmental Law Center
Ten 10th St NW, Suite 1050
Atlanta, GA 30309
(678) 433-6851
kpowell@selc.org

*Counsel for Petitioners Sierra Club, CleanAIRE NC, and GASP*

## CERTIFICATE OF SERVICE

I hereby certify that copies of the foregoing **Petition for Review** have been served by United States first-class mail on September 4, 2026, upon the following:

Administrator Lee Zeldin
U.S. Environmental Protection Agency
Office of the Administrator – 1101A
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Todd Blanche
Attorney General of the United States
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530

U.S. Environmental Protection Agency
Correspondence Control Unit
Office of General Counsel - 2311
1200 Pennsylvania Avenue, NW
Washington, D.C. 20460

Respectfully submitted,

*/s/ James S. Pew*
James S. Pew

**IN THE UNITED STATES COURT OF APPEALS**
**FOR THE DISTRICT OF COLUMBIA CIRCUIT**

| | |
|---|---|
| SIERRA CLUB, CLEANAIRE NC, and GASP,<br><br>*Petitioners*,<br><br>v.<br><br>U.S. ENVIRONMENTAL PROTECTION AGENCY and LEE ZELDIN, Administrator, U.S. Environmental Protection Agency,<br><br>*Respondents*. | No. __________ |

## RULE 26.1 DISCLOSURE STATEMENT

Pursuant to Federal Rules of Appellate Procedure 26.1 and D.C. Circuit Rule 26.1, Sierra Club, CleanAIRE NC, and GASP ("Petitioners") make the following disclosures:

Petitioners are nonprofit environmental and public health organizations. Petitioners do not have any parent corporations, and no publicly held corporation has a ten percent or greater ownership interest in any of them.

DATED: September 4, 2026 Respectfully submitted,

/s/ James S. Pew
James S. Pew (D.C. Bar No. 488201)
Kathleen L. Riley (D.C. Bar No. 1618580)
Earthjustice

1250 I St. NW, Fourth Floor
Washington, DC 20005
(202) 667-4500
jpew@earthustice.org
kriley@earthustice.org

Keri N. Powell (D.C. Bar No. 477045)
Southern Environmental Law Center
Ten 10th St NW, Suite 1050
Atlanta, GA 30309
(678) 433-6851
kpowell@selc.org

*Counsel for Petitioners Sierra Club, CleanAIRE NC, and GASP*